**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT
8             NORTHERN DISTRICT OF CALIFORNIA
9                   SAN JOSE DIVISION

10  HSIN TE CHOU, et al.,                )        Case No.: C 06-2535 PVT
                                         )
11                  Plaintiffs,          )        **ORDER REFERRING CASE TO**
                                         )        **COURT-SPONSORED MEDIATION**
12          v.                           )        **AND CONTINUING CASE**
                                         )        **MANAGEMENT CONFERENCE**
13  OKRA, INC., et al.,                  )
                                         )
14                  Defendants.          )
    ──────────────────────────────────  )
15

16          On August 9, 2006, the parties filed their Joint Case Management Conference Statement.[1]

17  Based on the statement presented,

18          IT IS HEREBY ORDERED that the parties are ordered into the court's mediation program.

19  The parties shall promptly contact the court's ADR department to make the necessary arrangements.

20  The mediation shall be completed no later than October 31, 2006.

21          IT IS FURTHER ORDERED that the case management conference is continued to 2:00 p.m.

22  on November 7, 2006.  The parties shall file an updated Joint Case Management Conference

23  Statement no later than October 31, 2006.

24  Dated: August 11, 2006

25                                          *Patricia V. Trumbull*
                                            ─────────────────────────
26                                          PATRICIA V. TRUMBULL
                                            United States Magistrate Judge
27

28  ─────────────────
            [1]      The holding of this court is limited to the facts and the particular circumstances
    underlying the present motion.

                              ORDER, *page 1*