United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12   HSIN TE CHOU, et al.,            )        Case No.: C 06-2535 PVT
                                      )
13                  Plaintiffs,       )        **ORDER DENYING MOTION TO**
                                      )        **APPROVE FAIRNESS OF**
14         v.                         )        **SETTLEMENT WITHOUT**
                                      )        **PREJUDICE AND SETTING**
15   OKRA, INC., et al.,              )        **DEADLINE FOR FILING JOINT**
                                      )        **SUPPLEMENTAL CASE**
16                  Defendants.       )        **MANAGEMENT CONFERENCE**
     _____)        **STATEMENT**
17

18         On December 11, 2006, the parties filed a purported Stipulation to Dismiss with Prejudice.[1]

19   On December 12, 2006, the court continued the Case Management Conference to January 16, 2007.

20   On December 13, 2006, the court issued an Interim Order Re Stipulation to Dismiss with Prejudice

21   in which the court deemed the parties' stipulation to be a joint motion to approve the fairness of the

22   settlement of claims under the Fair Labor Standards Act ("FLSA").  The court set a deadline of

23   January 5, 2007 for the parties to file a short joint statement in support of the motion to approve the

24   settlement.  As of January 8, 2007, the parties have not filed any such statement.  Therefore,

25         IT IS HEREBY ORDERED that the parties' motion to approve the settlement is DENIED

26   without prejudice to a renewed motion supported by a statement showing fairness.

27

28   _____
            [1]      The holding of this court is limited to the facts and the particular circumstances
     underlying the present motion.

                              ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**

For the Northern District of California

IT IS FURTHER ORDERED that, no later than January 11, 2007, the parties shall file a
supplemental Joint Case Management Conference setting forth their proposed pretrial and trial dates.
The Case Management Conference remains on calendar for 2:00 p.m. on January 16, 2007.

Dated: *1/9/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*