UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HSIN TE CHOU, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>OKRA, INC., et al.,<br><br>　　　　　Defendants. | Case No.: C 06-2535 PVT<br><br>**ORDER VACATING ORDER DENYING MOTION TO APPROVE FAIRNESS OF SETTLEMENT, AND CONTINUING CASE MANAGEMENT CONFERENCE** |

On January 9, 2007, this court issued an order denying the motion to approve fairness of settlement based on the parties' failure to file a short joint statement in support of the motion to approve the settlement by the January 5, 2007 deadline set by the court. It has just come to the court's attention that on January 8, 2007 the parties lodged a copy of the statement with a request to file it under seal. The court will accept the untimely filing. Therefore,

IT IS HEREBY ORDERED that this court's order denying the motion to approve fairness is VACATED. The court will issue an order on the motion after reviewing the parties' statement.

IT IS FURTHER ORDERED that the Case Management Conference is continued to 2:00 p.m. on February 27, 2007. The deadline for filing a supplemental Case Management Conference Statement is extended to February 20, 2007.

Dated: *1/9/07*

　　　　　　　　　　　　　　　　　　　　_Patricia V. Trumbull_
　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*