UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HSIN TE CHOU, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>OKRA, INC., et al.,<br><br>    Defendants. | Case No.: C 06-2535 PVT<br><br>**ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE** |

On December 11, 2006, the parties filed a Stipulation to Dismiss with Prejudice.[1] On December 13, 2006, this court issued an interim order deeming the stipulation to be a joint motion to approve the fairness of the settlement of claims under the Fair Labor Standards Act ("FLSA"), and setting a deadline for the parties to submit a joint statement in support of the settlement. The parties have submitted their Joint Statement on Fairness of Settlement. Based on the parties joint statement, and the file herein,

IT IS HEREBY ORDERED that the court FINDS that the compromise of Plaintiff Chou's and Plaintiff Garcia's overtime and liquidated damages claims under the Fair Labor Standards Act is a fair compromise of Fair Labor Standards Act claims as to which there are *bona fide* factual

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

disputes.

IT IS FURTHER ORDERED that, based on this finding, the court hereby dismisses this action with prejudice as to Plaintiffs' Hsin Te Chou and Celestino Garcia, and without prejudice as to any putative members of the purported class. The court retains jurisdiction over the parties' settlement.

Dated: *1/17/07*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge